CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COUNCIL OF ATHABASCAN )
    TRIBAL GOVERNMENTS )
)
)
        Plaintiff )
v. )   Civil Case Number 07-1270 (RWR)
)
)   Category C
UNITED STATES OF AMERICA )
        et al. )
        Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 24, 2007 from Judge Reggie B. Walton to Judge Richard W. Roberts by direction of the Calendar Committee.

(Case randomly reassigned as not related.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Roberts & Courtroom Deputy
      Judge Walton & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk