UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF ATHABASCAN TRIBAL GOVERNMENTS<br>P.O. Box 33<br>Fort Yukon, Alaska 99740-0033<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary, U.S. Department of Health & Human Services<br>200 Independence Ave., S.W.<br>Washington, D.C. 20201<br><br>CHARLES W. GRIM, in his official capacity as Director, Indian Health Services (HQ)<br>801 Thompson Avenue, Ste. 400<br>Rockville, Maryland 20852-1627<br><br>　　　　Defendants. | Civil Action No.: 07-1270 (RWR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendants in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　ALAN BURCH, D.C. Bar # 470655
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7204
　　　　　　　　　　　　　　　　　　alan.burch@usdoj.gov