AO 440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COUNCIL OF ATHABASCAN TRIBAL
GOVENRNMENTS

**SUMMONS IN A CIVIL CASE**

V.

LEAVITT, et. al.

CASE NUMBER:

Case: 1:07-cv-01270
Assigned To : Walton, Reggie B.
Assign. Date : 7/17/2007
Description: Admn Agency Review

TO: (Name and address of Defendant)

The Honorable Alberto R. Gonzales
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

F. Michael Willis
Hobbs, Straus, Dean & Walker, LLP
2120 L. Street, N.W., Suite 700
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER - WHITTINGTON

CLERK

(By) DEPUTY CLERK

JUL 17 2007

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 17, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| F. Michael Willis | Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted:  Served by Certified Mail

G  Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 17, 2007
            Date

*Signature of Server*

2120 L Street, NW, Suite 700
Washington, DC  20037
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 1.31 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.11 |

7006 2150 0000 7299 8237

Sent To: Hon. Alberto Gonzales, DOH, Att. Gen.
Street, Apt. No.; or PO Box No. 950 Pennsylvania, Ave, NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
JUL 23 200 2007

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label) 7006 2150 0000 7299 8237

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540