AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COUNCIL OF ATHABASCAN TRIBAL
GOVENRNMENTS

**SUMMONS IN A CIVIL CASE**

V.

LEAVITT, et. al.

CASE NUMBER:

Case: 1:07-cv-01270
Assigned To : Walton, Reggie B.
Assign. Date : 7/17/2007
Description: Admn Agency Review

TO: (Name and address of Defendant)

The Honorable Jeffrey A. Taylor
United States Attorney for the District of Columbia
Judiciary Center Building
555 Fourth Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

F. Michael Willis
Hobbs, Straus, Dean & Walker, LLP
2120 L. Street, N.W., Suite 700
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                      JUL 17 2007

CLERK                                                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | September 20, 2007 |
| NAME OF SERVER *(PRINT)* <br> F. Michael Willis | TITLE | Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: Served by Certified Mail _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 20, 2007         *[signature]*
             Date                    Signature of Server

             2120 L Street, NW, Suite 700
             Washington, DC  20037
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



