AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COUNCIL OF ATHABASCAN
TRIBAL GOVERNMENTS

**SUMMONS IN A CIVIL CASE**

V.

LEAVITT, et al.

Case: 1:07-cv-01270
Assigned To : Walton, Reggie B.
Assign. Date : 7/17/2007
Description: Admn Agency Review

TO: (Name and address of Defendant)

Charles W. Grim, Director
Indian Health Service (HQ)
801 Thompson Avenue, Suite 400
Rockville, MD 20852-1627

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

F. Michael Willis
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    JUL 17 2007

CLERK

_[signature]_

(By) DEPUTY CLERK                                          DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE July 17, 2007 |
| NAME OF SERVER *(PRINT)* F. Michael Willis | TITLE Plaintiff's Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: <u>Served by Certified Mail</u>

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 17, 2007         [signature]
              Date                   *Signature of Server*

2120 L Street, NW, Suite 700
Washington, DC  20037
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



