# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF ATHABASCAN<br>TRIBAL GOVERNMENTS<br><br>    PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>MICHAEL O. LEAVITT, in his official capacity<br>as Secretary, U.S. Department of Health &<br>Human Services,<br><br>CHARLES W. GRIM,<br>in his official capacity as Director of the Indian<br>Health Service<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-01270 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO APPEAR PRO HAC VICE

Plaintiff, by undersigned counsel, pursuant to Local Rule 83.2(d), respectfully moves this Court to admit Geoffrey D. Strommer *pro hac vice* for the limited purpose of appearing as co-counsel with the undersigned for the purpose of representing the Council of Athabascan Tribal Governments in the above matter.

Mr. Strommer is a member in good standing of the Bar of the State of Oregon (# 93110), the U.S. District Courts for the Districts of Oregon and Arizona, the U.S. Courts of Appeals for the Ninth and Federal Circuits, the U.S. Supreme Court, and the Hopi Tribal Court Bar. Mr. Strommer has never been disciplined by any bar of any court. Mr. Strommer does not practice law from an office located in the District of Columbia, is not a member of the District Columbia Bar, and does not have an application for membership to

the District of Columbia Bar pending. Mr. Strommer is familiar with the rules of this Court, the facts of this case, and the pleadings of this case.

Pursuant to Local Rule 7(m), Plaintiff's counsel contacted Defendants' counsel to determine Defendants' position on this motion. Defendants do not oppose this motion.

For the reasons set forth above, the Council of Athabascan Tribal Governments respectfully requests that this Court grant this motion for Geoffrey D. Strommer to appear *pro hac vice* in all matters in this case.

                                                Respectfully submitted,

_____
F. Michael Willis (D.C. Bar No. 467462)
Hobbs, Straus, Dean & Walker, LLP
2120 L Street, N.W., Suite 700
Washington, D.C. 20037
Phone: (202) 822-8282
Counsel for Council of Athabascan Tribal Governments

DATED: November 2, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF ATHABASCAN TRIBAL GOVERNMENTS<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary, U.S. Department of Health & Human Services,<br><br>CHARLES W. GRIM, in his official capacity as Director of the Indian Health Service<br><br>DEFENDANTS. | Civil Action No. 07-01270 (RWR) |

DECLARATION OF GEOFFREY D. STROMMER
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Geoffrey D. Strommer, declare as follows:

1. I am a member in good standing of the Oregon State Bar (# 93110), the U.S. District Courts for the Districts of Oregon and Oregon, the U.S. Courts of Appeals for the Ninth and Federal Circuits, the U.S. Supreme Court, the U.S. Court of Federal Claims and the Hopi Tribal Court.

2. I have never been disciplined by any bar of any court.

3. I have appeared as counsel *pro hac vice* in this Court in two other cases within the last two years.

4. I do not practice law from an office located in the District of Columbia.

5. I am personally familiar with the Local Rules of this Court.

6. I am personally familiar with the facts, issues, and pleadings in the above captioned case.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct and that this declaration was executed on November 1, 2007 in Portland, Oregon.

Geoffrey D. Strommer
Hobbs, Straus, Dean & Walker, LLP
806 SW Broadway, Suite 900
Portland, OR 97205
Phone: (503) 242-1745

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUNCIL OF ATHABASCAN TRIBAL GOVERNMENTS | ) ) ) | |
| PLAINTIFF, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | Civil Action No. 07-01270 (RWR) |
| MICHAEL O. LEAVITT, in his official capacity as Secretary, U.S. Department of Health & Human Services, | ) ) ) ) | |
| CHARLES W. GRIM, in his official capacity as Director of the Indian Health Service | ) ) ) ) | |
| DEFENDANTS. | ) ) | |

## ORDER

Upon consideration of the Plaintiff's motion to admit Geoffrey D. Strommer *pro hac vice* for the purpose of appearing in the above matter, it is hereby

ORDERED, that the motion to admit Mr. Strommer *pro hac vice* is GRANTED.

Dated: _____          _____
                                                                  Richard W. Roberts
                                                                  U.S. District Judge