UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF ATHABASCAN TRIBAL GOVERNMENTS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants. | Civil Action No.: 07-1270 (RWR) |

**DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO
RESPOND TO COMPLAINT AND TO SET BRIEFING SCHEDULE**

Defendants, the United States of America, *et al.*, respectfully request a 4-week enlargement of time to respond to the complaint, and an order setting a briefing schedule. The current deadline for Defendant's response is Friday, November 23, 2007, i.e., the day after Thanksgiving. Counsel for Plaintiff consents to this motion.

The extension is appropriate in light of several factors. First, there are the complications created by the Thanksgiving holiday, and the related travel plans of both undersigned counsel for Defendants and agency counsel. Second, Defendants anticipate filing a motion to dismiss in lieu of an answer and preparation of the necessary court filings will take longer than the standard time permitted by the Federal Rules due to the complexities of this case. Third, undersigned counsel has a heavy workload in other cases, including an appellate argument the Tuesday before Thanksgiving.

Defendants request the following briefing schedule for its motion to dismiss:

- Defendants' motion by December 21, 2007;

- Plaintiff's opposition by January 24, 2008;

- Defendants' reply by February 14, 2008.

Counsel for Plaintiff consented to this briefing schedule.

November 13, 2007                     Respectfully submitted,

                                       JEFFREY A. TAYLOR, D.C. Bar # 498610
                                       United States Attorney

                                          /s/
                                       ALAN BURCH, D.C. Bar # 470655
                                       Assistant United States Attorney
                                       555 4th St., N.W.
                                       Washington, D.C. 20530
                                       (202) 514-7204, alan.burch@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF ATHABASCAN<br>TRIBAL GOVERNMENTS<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 07-1270 (RWR)<br>)<br>)<br>)<br>)<br>) |

**ORDER SETTING BRIEFING SCHEDULE**

UPON CONSIDERATION of Defendants' Consent Motion to Enlarge Time to Respond to Complaint and to Set Briefing Schedule, and the entire record herein, it is

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendants shall file an answer or otherwise respond to the complaint on or before December 21, 2007; and it is further

ORDERED that in the event Defendants file a dispositive motion under Rule 12 instead of an answer, the parties will comply with the following briefing schedule:

- Plaintiff's opposition by January 24, 2008; and

- Defendants' reply by February 14, 2008.

So ordered, this _____ day of November, 2007.

                                                       /s/_____
                                                       RICHARD W. ROBERTS
                                                     United States District Judge