UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
COUNCIL OF ATHABASCAN                )
TRIBAL GOV'TS,                       )
                                    )
          Plaintiff,                 )
                                    )
     v.                              )    Civil Action No. 07-1270 (RWR)
                                    )
UNITED STATES <u>et al.</u>,         )
                                    )
          Defendants.                )
_____   )


<u>SCHEDULING ORDER</u>

     Upon consideration of the representations made in the
defendants' consent motion [10], it is hereby

     ORDERED that:

     1.   The defendants answer or file a motion to dismiss by
December 21, 2007.  If a motion to dismiss is filed, this case
shall proceed with the following deadlines:

Plaintiff's opposition                    January 24, 2008

Defendants' reply                         February 14, 2008

     2.   **Court dates and any deadline for the close of discovery
may be continued only by leave of the undersigned.**  A motion for
a continuance of a court date must include alternative dates that
have been agreed to by all parties.  Failure to provide such
information may result in denial of the motion.

     3.   **Deadlines (other than any deadline for the close of
discovery) may be altered, when all parties consent, by the
filing of a Consent Notice specifying the altered deadlines and
stating all parties' consent.  The altered deadlines shall be
effective upon the filing of the Consent Notice; no court Order
shall be required.**

-2-

4.   Any motion that does not comply with Local Civil Rule
7(c) or 7(m) may be, *sua sponte*, denied.  Every motion for
summary judgment and opposition to such a motion must comply with
Local Civil Rule 56.1.  Every statement of undisputed material
facts accompanying such a motion and every separate concise
statement of genuine disputed issues accompanying such an
opposition must be set forth in separately numbered paragraphs.
Every opposition to a motion for summary judgment must contain a
response to the statement of undisputed material facts that sets
forth each paragraph of the movant's statement and immediately
following each such paragraph sets forth the opponent's response
to those facts along with specific references to the parts of the
record relied upon to support the response.  If an opposition
fails to include a separate concise statement of genuine disputed
issues, or a response to the statement of undisputed material
facts, or specific references to the parts of the record relied
upon to support the statement or response, the court may treat as
conceded any facts asserted in the movant's statement of
undisputed material facts.

5.   The parties and their counsel are expected to evaluate
their respective cases for settlement purposes.  Submission to
alternative dispute resolution, *e.g.*, mediation or neutral
evaluation, is encouraged and available upon request to the Court
at any time, as is a settlement conference before a magistrate
judge.  If the case settles in whole or in part, plaintiff's
counsel shall advise the Court by promptly filing a stipulation.

6.   Parties' written communication with the Court is to be
by motion, opposition, and reply, rather than by letter.  Oral
inquiries concerning the status or scheduling of any pending
matter shall be directed to the Courtroom Deputy Clerk, Ms. Linda
Romero, (202) 354-3166, rather than to chambers.  If Ms. Romero
is unavailable, such inquiries shall be directed to the staff

-3-

person in the Clerk's Office designated as her substitute.  In an
emergency, however, chambers can be reached at (202) 354-3400.

SIGNED this 26th day of November, 2007.


_____/s/_____
RICHARD W. ROBERTS
United States District Judge